ORIGINAL

FILED

01/26/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: AF 17-0393

IN THE SUPREME COURT OF THE STATE OF MONTANA

AF 17-0393

FILED

JAN 2 6 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF THE APPOINTMENT OF
MEMBERS TO THE PRETRIAL SUPERVISION
ADVISORY COMMITTEE

ORDER

Nate McConnell has resigned from the Senate, leaving a vacancy on the Pretrial Supervision Advisory Committee. The Court thanks Senator McConnell for his service to the Committee, to this Court, and to the people of Montana.

IT IS ORDERED that Senator Ryan Lynch is appointed as the state senator member to the Committee for a term expiring February 1, 2022.

The Clerk is directed to provide a copy of this Order to Senator Nate McConnell, to Senator Ryan Lynch, to all members of the Pretrial Supervision Advisory Committee, and to Beth McLaughlin, Court Administrator.

DATED this 26th day of January, 2021.

Chief Justice

Justices